1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5
        333 Market Street, Suite 1500
6       San Francisco, California  94105
        Telephone:  (415) 977-8977
7       Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
8

9  Attorneys for Defendant

10                        UNITED STATES DISTRICT COURT

11                        EASTERN DISTRICT OF CALIFORNIA

12                               **SACRAMENTO DIVISION**

13

14

15 | JAMES M. WOODY,                  )
   |                                  )   CIVIL NO. 2:10-CV-02476-CMK
16 |    Plaintiff,        )
   |                                  )   STIPULATION AND ORDER FOR AN
17 |    v.                )   EXTENSION OF TIME FOR DEFENDANT
   |                                  )   TO FILE HIS ANSWER
18 | MICHAEL J. ASTRUE,                )
19 | Commissioner of                   )
   | Social Security,                  )
20 |                                  )
   |    Defendant.        )
21 | _____ )

22

23     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

24 record, that the time for Defendant to file his answer be extended 30 days from April 21, 2011, to

25
   May 23, 2011.  This extension is needed so that Defendant may consult with the Appeals Council
26
   regarding pages that are apparently missing from the administrative transcript.
27

28     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court and to Plaintiff's Counsel for any inconvenience caused by this delay.

Respectfully submitted,

Dated: April 20, 2011

/s/ *Bess M. Brewer*
(As authorized via email on 4/20/11 at 3:19 p.m.)
BESS M. BREWER
Attorney for Plaintiff

Dated: April 20, 2011

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By   /s/ *Lynn M. Harada*
LYNN M. HARADA
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED:   April 21, 2011

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order to Extend
2:10-CV-02476-CMK                    2