BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES M. WOODY**<br><br>        **Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>        **Defendant.** | CASE NO. 2:10-CV-02476-CMK<br><br>**STIPULATION AND**<br>**ORDER EXTENDING PLAINTIFF'S**<br>**TIME TO FILE SUMMARY**<br>**JUDGEMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from June 8, 2011, to August 16, 2011. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule, office move, and need to prioritize older cases.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: June 6, 2011 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: June 7, 2011 | Benjamin B. Wagner <br> United States Attorney |
| | */s/ Lynn Harada* <br> LYNN HARADA <br> Special Assistant United States Attorney <br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 15, 2011

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2