1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8                      IN THE UNITED STATES DISTRICT COURT
9                        EASTERN DISTRICT OF CALIFORNIA
10

11 **JAMES M. WOODY**          )   CASE NO. 2:1**0-CV-02476-CMK**
                                )
12                              )
                                )   **STIPULATION AND** ~~PROPOSED~~
13                              )   **ORDER EXTENDING PLAINTIFF'S**
       **Plaintiff,**           )   **TIME TO FILE SUMMARY**
14                              )   **JUDGEMENT MOTION**
   v.                           )
15                              )
   **MICHAEL J. ASTRUE**        )
16 **Commissioner of Social Security** )
   **of the United States of America,** )
17                              )
       **Defendant.**           )
18                              )
                                )
19

20     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 Plaintiff's time to file his summary judgment is hereby extended from August 16, 2011, to September

22 29, 2011.  This extension is required due to Plaintiff's counsel's impacted briefing schedule  and need

23 to prioritize older cases.

24

25 / / / /

26 / / / /

27 / / / /

28

                                         1

| | |
|---|---|
| Dated: August 15, 2011 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: August 15, 2011 | Benjamin B. Wagner<br>United States Attorney |
| | /s/ *Lynn Harada*<br>LYNN HARADA<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: August 16, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2