```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    LYNN M. HARADA, CSBN 267616
 4  Special Assistant United States Attorney
 5
        333 Market Street, Suite 1500
 6      San Francisco, California  94105
        Telephone:  (415) 977-8977
 7      Facsimile:  (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov
 8
 9  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| JAMES M. WOODY, ) | CIVIL NO.: 2:10-CV-02476-CMK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR AN |
| v. ) | EXTENSION OF TIME |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

 IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from October 31, 2011 to December 5, 2011.  Defense Counsel needs additional time to further review the defensibility of this case.

 The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: October 27, 2011

/s/ *Bess M. Brewer*
(As authorized via e-mail on 10/27/11 at 11:18 a.m.)
BESS M. BREWER
Attorney for Plaintiff

Dated: October 27, 2011

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED:

DATED: October 28, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE