BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone:  (415) 977-8977
    Facsimile:  (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| JAMES M. WOODY, ) <br>     Plaintiff, ) <br> v. ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br>     Defendant. ) <br> _____ ) | Case No.: 2:10-cv-02476-CMK <br><br> STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to consider the opinion of Dr. Owen regarding Plaintiff's IQ score and functional limitations and provide his rationale for the weight accorded to that opinion.  The ALJ shall also consider the IQ score assessed by the medical expert and reevaluate whether Plaintiff meets or equals a listing in

///

Stip. & Prop. Order for Remand: 2:10-cv-02476-CMK    1

light of these opinions. If the ALJ finds Plaintiff does not meet or equal a listing, he shall reconsider Plaintiff's residual functional capacity.

      The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: November 23, 2011    /s/ *Bess M. Brewer*
(As authorized by email on 11/22/11 at 7:00 a.m.)
BESS M. BREWER
Attorney for Plaintiff

Date: November 23, 2011    BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By    /s/ *Lynn M. Harada*
LYNN M. HARADA
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: December 1, 2011

                                                **CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE