1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  LYNN M. HARADA, CSBN 267616
5  Special Assistant United States Attorney

6      333 Market Street, Suite 1500
       San Francisco, California  94105
7      Telephone:  (415) 977-8977
8      Facsimile:  (415) 744-0134
       E-Mail: Lynn.Harada@ssa.gov
9

10  Attorneys for Defendant

11                 UNITED STATES DISTRICT COURT

12                 EASTERN DISTRICT OF CALIFORNIA

13

14                      **SACRAMENTO DIVISION**

15  JAMES M. WOODY,              )     Case No.: 2:10-cv-02476-CMK
           Plaintiff,            )
16  v.                          )     STIPULATION AND ORDER FOR
17  MICHAEL J. ASTRUE,           )     REMAND PURSUANT TO SENTENCE FOUR OF
    Commissioner of Social Security, )  42 U.S.C. § 405(g), AND REQUEST FOR ENTRY
18         Defendant.            )     OF JUDGMENT IN FAVOR OF PLAINTIFF AND
19  _____ )     AGAINST DEFENDANT

20      IT IS HEREBY STIPULATED, by and between the parties, through their respective

21  counsel of record, that this action be remanded to the Commissioner of Social Security for further

22  administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C.

23  § 405(g), sentence four.

24      On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to

25  consider the opinion of Dr. Owen regarding Plaintiff's IQ score and functional limitations and

26  provide his rationale for the weight accorded to that opinion.  The ALJ shall also consider the IQ

27  score assessed by the medical expert and reevaluate whether Plaintiff meets or equals a listing in
    ///
28

    Stip. & Prop. Order for Remand: 2:10-cv-02476-CMK        1

1  light of these opinions.  If the ALJ finds Plaintiff does not meet or equal a listing, he shall

2  reconsider Plaintiff's residual functional capacity.

3          The parties further request that the Clerk of the Court be directed to enter a final judgment

4  in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final

5  decision of the Commissioner.

6

7                                              Respectfully submitted,

8  Date: November 23, 2011                     /s/ Bess M. Brewer
                                               (As authorized by email on 11/22/11 at 7:00 a.m.)
9                                              BESS M. BREWER
                                               Attorney for Plaintiff
10

11  Date: November 23, 2011                    BENJAMIN B. WAGNER
                                               United States Attorney
12                                             DONNA L. CALVERT
                                               Acting Regional Chief Counsel, Region IX
13                                             Social Security Administration

14
                                       By      /s/ Lynn M. Harada
15                                             LYNN M. HARADA
                                               Special Assistant U.S. Attorney
16                                             Attorneys for Defendant

17

18                                             ORDER

19

20  APPROVED AND SO ORDERED:

21

22   DATED:  December 1, 2011

23

24                                             _____
                                               CRAIG M. KELLISON
25                                             UNITED STATES MAGISTRATE JUDGE

26

27

28

Stip. & Prop. Order for Remand: 2:10-cv-02476-CMK          2