1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California  94105
6      Telephone:  (415) 977-8977
       Facsimile:  (415) 744-0134
7      E-Mail: Lynn.Harada@ssa.gov

8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11
                         **SACRAMENTO DIVISION**
12

13  JAMES M. WOODY,                )    CIVIL NO. 2:10-CV-02476-CMK
                                   )
14      Plaintiff,                 )
                                   )    STIPULATION AND ORDER APPROVING
15      v.                         )    SETTLEMENT OF ATTORNEY FEES
                                   )    PURSUANT TO THE EQUAL ACCESS TO
16  MICHAEL J. ASTRUE,             )    JUSTICE ACT
    Commissioner of                )
17  Social Security,               )
                                   )
18      Defendant.                 )
    _____ )

19      IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel,

20  that the previously filed Motion for Equal Access to Justice Act Fees is hereby withdrawn.

21      IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel,

22  subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice

23  Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND, NINE-HUNDRED DOLLARS

24  AND ZERO CENTS ($5,900.00). This amount represents compensation for all legal services rendered

25  on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C.

26  § 2412(d).

27      After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will

28  consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant

to *Astrue v. Ratliff*, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated: 4/2/12     By: /s/ *Bess M. Brewer*
                      (As authorized by email on 4/2/12 at 12:10 p.m.)
                      BESS M. BREWER
                      Attorney for Plaintiff

                      BENJAMIN B. WAGNER
                      United States Attorney
                      DONNA L. CALVERT
                      Acting Regional Chief Counsel, Region IX
                      Social Security Administration

Dated: 4/2/12     By: /s/ *Lynn M. Harada*
                      LYNN M. HARADA
                      Special Assistant United States Attorney

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of FIVE THOUSAND, NINE-HUNDRED DOLLARS AND ZERO CENTS ($5,900.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: April 4, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE